UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELA LAJUAN ADAMS, in her own behalf and as next friend of T.R.A., Jr., *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> DISTRICT OF COLUMBIA <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 03-cv-2139 (RCL) |

[~~PROPOSED~~] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $4,168.82, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: 12/21/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE